O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESSICA S. DURAN-PALMER,** | NO. EDCV 13-00306-MAN |
| Plaintiff, | |
| v. | **JUDGMENT** |
| **CAROLYN W. COLVIN,** Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of Social Security is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATED: June 27, 2014

*Margaret A. Nagle*
_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE